THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WARD B. CARAWAY, Appellant.

Argued April 8, 1947; decided May 15, 1947.

*James D. C. Murray, Daniel Kirchman* and *James J. McDonough* for appellant.

*James N. Gehrig, District Attorney (Philip Huntington* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.